UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61941-LEIBOWITZ/AUGUSTIN-BIRCH

**WILTON QUICENO**,
    *Plaintiff*,

v.

**PJC ELECTRIC LLC,** *et al.*,
    *Defendants*.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon United States Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation ("R&R") on the parties' Joint Motion to Approve Settlement [ECF No. 33] in this FLSA case. [ECF No. 37]. In the R&R, Magistrate Judge Augustin-Birch recommends granting the Joint Motion to approve Settlement. [ECF No. 37 at 1]. No objections have been filed. Having reviewed the R&R and the record, and given that there are no objections, it is hereby **ORDERED AND ADJUDGED** that:

1.     The Magistrate Judge's Report and Recommendation on Joint Motion to Approve Settlement [**ECF No. 37**] is **AFFIRMED AND ADOPTED** and incorporated by reference into this Court's Order.

2.     The parties' Joint Motion to Approve Settlement [**ECF No. 33**] is **GRANTED**.

**DONE AND ORDERED** in the Southern District of Florida on April 23, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record